BENJAMIN B. WAGNER
United States Attorney
KIRK E. SHERRIFF
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:10-cr-00152 OWW |
|---|---|---|
| Plaintiff, | ) ) ) ) | STIPULATION AND ORDER CONTINUING SENTENCING HEARING |
| v. | ) ) ) | Old Date: Dec. 13, 2010 Old Time: 9:00 a.m. |
| JOSEPH GEORGE TKAC, | ) ) | **New Date: May 16, 2011** |
| Defendant. | ) ) ) ) | **New Time: 9:00 a.m.** **Court:    Three**   (Hon. Oliver W. Wanger) |

Defendant Joseph George Tkac pleaded guilty on April 26, 2010 to the Information filed in this case. Sentencing is currently set for Dec. 13, 2010, at 9:00 a.m.

To allow additional time for Mr. Tkac to fulfill his obligations under the plea agreement, the parties hereby stipulate and jointly request that the Court order that the sentencing hearing in this case be continued from Dec. 13, 2010 to May 16, 2011, at 9:00 a.m., or the earliest date thereafter that is convenient to the Court. The parties further stipulate and jointly request that the Court extend the deadline to submit informal objections to the Pre-Sentence Report

1 (PSR) to three weeks prior to the continued sentencing date, and
2 extend the deadline to file formal objections to the PSR to one week
3 prior to the continued sentencing date.

4                                         Respectfully submitted,

5 Dated:  Nov. 23, 2010                   BENJAMIN B. WAGNER
                                          United States Attorney
6

7                                    By:  /s/ Kirk E. Sherriff
                                          KIRK E. SHERRIFF
8                                         Assistant U.S. Attorney

9

10 Dated:  Nov. 23, 2010                  /s/ Francine Zepeda
                                          (as authorized on 11/23/10)
11                                        FRANCINE ZEPEDA
                                          PEGGY SASSO
12                                        Attorneys for Defendant
                                          JOSEPH GEORGE TKAC
13

14

15

16                                **ORDER**

17     The court has reviewed and considered the stipulation of the
18 parties to continue the sentencing hearing in this case.  Good cause
19 appearing, IT IS ORDERED that the sentencing hearing is continued
20 from Dec. 13, 2010 to May 16, 2011, at 9:00 a.m., and that the
21 deadlines to submit informal objections and to file formal objections
22 to the Pre-Sentence Report are extended as set forth above.

23

24
   IT IS SO ORDERED.
25
   **Dated:   November 24, 2010**            /s/ Oliver W. Wanger
26                                           UNITED STATES DISTRICT JUDGE

27

28