DANIEL J. BRODERICK, Bar #89424
Federal Defender
FRANCINE ZEPEDA, Bar #91175
PEGGY SASSO, Bar #228906
Assistant Federal Defenders
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
JOSEPH G. TKAC

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, </br></br>  Plaintiff, </br> v. </br></br> JOSEPH G. TKAC, </br></br>  Defendant. | No. 1:10-cr-00152 OWW </br></br> STIPULATION TO CONTINUE SENTENCING SCHEDULE AND HEARING AND  ORDER </br></br> Date:  August 1, 2011 </br> Time:  9:00 a.m. </br> Judge:  Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their respective attorneys of record, that the sentencing hearing currently set for Monday, May 16, 2011, **may be continued to August 1, 2011, at 9:00 a.m.**

The reason for this continuance is to allow the parties additional time to prepare for the sentencing in this matter.  Further, the parties agree that informal objections may be filed on **June 24, 2011**; formal objections may be filed on **July 15, 2011.**

///

///

///

///

///

|   |   |   |
|---|---|---|
|   |   | BENJAMIN B. WAGNER<br>United States Attorney |
| DATED: April 5, 2011 | By | /s/Kirk E. Sheriff<br>KIRK E. SHERIFF<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|   |   | DANIEL J. BRODERICK<br>Federal Defender |
| DATED:  April 5, 2011 | By | /s/  Francine Zepeda<br>FRANCINE ZEPEDA<br>PEGGY SASSO<br>Assistant Federal Defenders<br>Attorneys for Defendant<br>JOSEPH G. TKAC |

**ORDER**

IT IS SO ORDERED.

**Dated:   April 12, 2011**              /s/ Oliver W. Wanger
                                                    UNITED STATES DISTRICT JUDGE

Tkac /Stipulation to Continue
Schedule and Hearing; Order Thereon                    2