DANIEL J. BRODERICK, Bar #89424
Federal Defender
FRANCINE ZEPEDA, Bar #91175
PEGGY SASSO, Bar #228906
Assistant Federal Defenders
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
JOSEPH G. TKAC

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　*Plaintiff,*<br>　v.<br>JOSEPH G. TKAC,<br><br>　　　　　*Defendant.* | No. 1:10-cr-00152 OWW<br><br>STIPULATION TO CONTINUE SENTENCING SCHEDULE AND HEARING AND ORDER<br><br>Date:　September 19, 2011<br>Time:　9:00 a.m.<br>Judge:　Hon. Oliver W. Wanger |

   **IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their respective attorneys of record, that the sentencing hearing currently set for Monday, August 1, 2011, **may be continued to September 19, 2011, at 9:00 a.m.**

   The reason for this continuance is that the parties did not receive the PSR until July 18, 2011, and need additional time to prepare for the sentencing in this matter. Further, the parties agree that informal objections may be filed on **August 15, 2011**; formal objections may be filed on **September 6, 2011.**

///

///

///

///

```
                                                BENJAMIN B. WAGNER
                                                United States Attorney

DATED:  July 19, 2011              By      /s/Kirk E. Sherriff
                                                KIRK E. SHERRIFF
                                                Assistant United States Attorney
                                                Attorney for Plaintiff


                                                DANIEL J. BRODERICK
                                                Federal Defender

DATED:  July 19, 2011              By      /s/  Francine Zepeda
                                                FRANCINE ZEPEDA
                                                PEGGY SASSO
                                                Assistant Federal Defenders
                                                Attorneys for Defendant
                                                JOSEPH G. TKAC
```

## ORDER

**IT IS SO ORDERED**.

DATED: July  19, 2011                          /s/ OLIVER W. WANGER
                                               OLIVER W. WANGER, Senior Judge
                                               United States District Court

Tkac /Stipulation to Continue
Schedule and Hearing; Order Thereon           2