| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar #89424 |
|   | Federal Defender |
| 2 | FRANCINE ZEPEDA, Bar #91175 |
|   | PEGGY SASSO, Bar #228906 |
| 3 | Assistant Federal Defenders |
|   | Designated Counsel for Service |
| 4 | 2300 Tulare Street, Suite 330 |
|   | Fresno, California 93721-2226 |
| 5 | Telephone: (559) 487-5561 |
| 6 | Attorneys for Defendant |
|   | JOSEPH G. TKAC |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 1:10-cr-00152 OWW |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE |
| v. | ) | SENTENCING SCHEDULE AND HEARING |
| | ) | AND ORDER THEREON |
| JOSEPH G. TKAC, | ) | |
| | ) | Date: December 5, 2011 |
| Defendant. | ) | Time: 9:00 a.m. |
| | ) | Judge: Hon. Oliver W. Wanger |
| | ) | |

**IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their respective attorneys of record, that the sentencing hearing currently set for Monday, September 19, 2011, **may be continued to December 5, 2011, at 9:00 a.m.**

The reason for this continuance is to provide the defendant additional time to fulfill his obligations under the plea agreement. The parties further agree that informal objections may be filed on **November 7, 2011**; formal objections may be filed on **November 21, 2011.**

///
///
///
///
///

```
                                                BENJAMIN B. WAGNER
                                                United States Attorney

DATED:    September 2, 2011         By    /s/ Kirk E. Sherriff
                                                KIRK E. SHERRIFF
                                                Assistant United States Attorney
                                                Attorney for Plaintiff


                                                DANIEL J. BRODERICK
                                                Federal Defender


DATED:    September 2, 2011         By    /s/ Francine Zepeda
                                                FRANCINE ZEPEDA
                                                PEGGY SASSO
                                                Assistant Federal Defenders
                                                Attorneys for Defendant
                                                JOSEPH G. TKAC
```

IT IS SO ORDERED.

**Dated:   September 2, 2011**            /s/ Oliver W. Wanger
                                             UNITED STATES DISTRICT JUDGE