1  BENJAMIN B. WAGNER
   United States Attorney
2  KIRK E. SHERRIFF
   Assistant U.S. Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, California 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5
   Attorneys for the
6  United States of America

7
                IN THE UNITED STATES DISTRICT COURT
8
                FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10 | UNITED STATES OF AMERICA,    ) CASE NO.:  1:10-cr-00152 LJO
   |                              )
11 |              Plaintiff,      ) STIPULATION AND
   |                              ) ORDER CONTINUING SENTENCING
12 |                              ) HEARING
   |                              )
13 |         v.                   ) Old Date: Dec. 12, 2011
   |                              ) Old Time: 1:00 p.m.
14 |                              )
   |                              ) **New Date: Feb. 13, 2012**
15 | JOSEPH GEORGE TKAC,          ) **New Time: 1:00 p.m.**
   |                              ) **Court:     Four**
16 |              Defendant.      )   **(Hon. Lawrence J. O'Neill)**
   |                              )
17

18

19      Defendant Joseph George Tkac pleaded guilty in this case to

20 conspiracy to commit mail fraud and bank fraud.  Sentencing is

21 currently set for Dec. 12, 2011, at 1:00 p.m.

22      Mr. Tkac's plea agreement, which was filed under seal, sets

23 forth various obligations.  To allow additional time for Mr. Tkac to

24 fulfill his obligations under the plea agreement, the parties agree

25 that there is good cause for a continuance and hereby stipulate and

26 jointly request that the Court order that the sentencing hearing in

27 this case be continued from Dec. 12, 2011 to February 13, 2012, at

28 1:00 p.m., or the earliest date thereafter that is convenient to the

Court.  The parties further stipulate and jointly request that the Court extend the deadline to submit informal objections to the Pre-Sentence Report (PSR) to three weeks prior to the continued sentencing date, and extend the deadline to file formal objections to the PSR to one week prior to the continued sentencing date.

```
                                        Respectfully submitted,

Dated:  Nov. 21, 2011                   BENJAMIN B. WAGNER
                                        United States Attorney


                                    By: /s/ Kirk E. Sherriff
                                        KIRK E. SHERRIFF
                                        Assistant U.S. Attorney


Dated:  Nov. 21, 2011                   /s/ Francine Zepeda
                                        (as authorized on 11/21/11)
                                        FRANCINE ZEPEDA
                                        PEGGY SASSO
                                        Attorneys for Defendant
                                        JOSEPH GEORGE TKAC
```

**ORDER**

The court has reviewed and considered the stipulation of the parties to continue the sentencing hearing in this case.  Good cause appearing, IT IS ORDERED that the sentencing hearing is continued from Dec. 12, 2011 to February 13, 2012, at 1:00 p.m., and that the deadlines to submit informal objections and to file formal objections to the Pre-Sentence Report are extended as set forth above.

IT IS SO ORDERED.

**Dated:   November 21, 2011**            /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE