```
BENJAMIN B. WAGNER
United States Attorney
KIRK E. SHERRIFF
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO.:  1:10-cr-00152 LJO |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION AND ORDER CONTINUING SENTENCING HEARING |
| v. | ) ) ) | Old Date:  Aug. 20, 2012 Old Time:  8:30 a.m. |
| JOSEPH GEORGE TKAC, | ) ) ) ) | **New Date:  Feb. 19, 2013** **New Time:  8:30 a.m.** **Court:      Four** |
| Defendant. | ) ) | **(Hon. Lawrence J. O'Neill)** |

Defendant Joseph George Tkac pleaded guilty in this case to conspiracy to commit mail fraud and bank fraud.  Sentencing is currently set for August 20, 2012, at 8:30 a.m.

Mr. Tkac's plea agreement, which was filed under seal, sets forth various obligations.  To allow additional time for Mr. Tkac to fulfill his obligations under the plea agreement, the parties agree that there is good cause for a continuance and hereby stipulate and jointly request that the Court order that the sentencing hearing in this case be continued from August 20, 2012 to February 19, 2013, at 8:30 a.m., or the earliest date thereafter that is convenient to the

Court.  The parties further stipulate and jointly request that the Court extend the deadline to submit informal objections to the Pre-Sentence Report (PSR) to three weeks prior to the continued sentencing date, and extend the deadline to file formal objections to the PSR to one week prior to the continued sentencing date.

                                          Respectfully submitted,

Dated: July 26, 2012        BENJAMIN B. WAGNER
                                       United States Attorney

                                  By: /s/ Kirk E. Sherriff
                                       KIRK E. SHERRIFF
                                       Assistant U.S. Attorney

Dated: July 26, 2012        /s/ Peggy Sasso
                                        (authorized on 7/26/12)
                                       FRANCINE ZEPEDA
                                       PEGGY SASSO
                                       Assistant Federal Defenders
                                       Attorneys for Defendant
                                       JOSEPH GEORGE TKAC

**ORDER**

    The court has reviewed and considered the stipulation of the parties to continue the sentencing hearing in this case.  Good cause appearing, IT IS ORDERED that the sentencing hearing is continued from August 20, 2012 to February 19, 2013, at 8:30 a.m., and that the deadlines to submit informal objections and to file formal objections to the Pre-Sentence Report are extended as set forth above.

IT IS SO ORDERED.

**Dated:   July 27, 2012**           /s/ Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE