JOSEPH SCHLESINGER, Bar #87692
Federal Defender
FRANCINE ZEPEDA, Bar #91175
PEGGY SASSO, Bar #228906
Assistant Federal Defenders
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
JOSEPH G. TKAC

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:10-cr-00152 LJO |
| *Plaintiff,* | STIPULATION TO CONTINUE SENTENCING SCHEDULE AND HEARING AND ORDER |
| v. | |
| JOSEPH G. TKAC, | Date: January 13, 2014 |
| *Defendant.* | Time: 8:30 a.m. |
| | Judge: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their respective attorneys of record, that the sentencing hearing currently set for Tuesday, February 19, 2013, **may be continued to January 13, 2014 at 8:30 a.m.**

The reason for this continuance is to provide the defendant additional time to fulfill his obligations under the plea agreement. This continuance will conserve time and resources for both parties and the court.

///
///
///
///
///
///

|   |   |   |   |
|---|---|---|---|
|   |   |   | BENJAMIN B. WAGNER<br>United States Attorney |
| DATED: | February 12, 2013 | By | /s/ *Kirk E. Sherriff*<br>KIRK E. SHERRIFF<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|   |   |   | JOSEPH SCHLESINGER<br>Acting Federal Defender |
| DATED: | February 12, 2013 | By | /s/ *Peggy Sasso*<br>PEGGY SASSO<br>FRANCINE ZEPEDA<br>Assistant Federal Defenders<br>Attorneys for Defendant<br>JOSEPH G. TKAC |

**ORDER**

IT IS SO ORDERED.

**Dated:  February 12, 2013**        /s/  Lawrence J. O'Neill
                                     UNITED STATES DISTRICT JUDGE

Tkac: Stipulation to Continue
Sentencing Hearing; Order                    2