HEATHER E. WILLIAMS, #122664
Federal Defender
PEGGY SASSO, Bar #228906
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorney for Defendant
JOSEPH GEORGE TKAC

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.  1:10-cr-00152 LJO |
| Plaintiff, | ) STIPULATION TO CONTINUE SENTENCING |
| vs. | ) HEARING AND ORDER |
| JOSEPH GEORGE TKAC, | ) DATE:   February 24, 2014 |
| | ) TIME:    8:30 a.m. |
| Defendant. | ) JUDGE: Hon. Lawrence J. O'Neill |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record, that the sentencing hearing currently set for Monday, January 13, 2014, may be continued to February 24, 2014 at 8:30 a.m.

The reason for this continuance is to provide the defendant additional time to fulfill his obligations under the plea agreement. This continuance will conserve time and resources for both parties and the court.

The parties further stipulate and jointly request that the Court extend the deadline to submit informal objections to the Pre-Sentence Report (PSR) to three weeks prior to the continued sentencing date, and extend the deadline to file formal objections to the PSR to one week prior to the continued sentencing date.

//

                                       Respectfully submitted,

                                       BENJAMIN B. WAGNER
                                       United States Attorney

DATED: January 3, 2014        By:    /s/ *Kirk E. Sherriff*
                                       KIRK E. SHERRIFF
                                       Assistant United States Attorney
                                       Attorney for Plaintiff

                                       HEATHER E. WILLIAMS
                                       Federal Defender

DATED: January 3, 2014        By:    /s/ *Peggy Sasso*
                                       PEGGY SASSO
                                       Assistant Federal Defender
                                       Attorney for Defendant
                                       JOSEPH GEORGE TKAC

**O R D E R**

Good cause exists.

IT IS SO ORDERED.

    Dated:  **January 6, 2014**                **/s/ Lawrence J. O'Neill**
                                               UNITED STATES DISTRICT JUDGE