HEATHER E. WILLIAMS, #122664
Federal Defender
PEGGY SASSO, Bar #228906
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorney for Defendant
JOSEPH GEORGE TKAC

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.  1:10-CR-00152 LJO |
| ) | |
| Plaintiff, ) | STIPULATION TO CORRECT JUDGMENT; |
| ) | ORDER |
| vs. ) | |
| ) | JUDGE: Hon. Lawrence J. O'Neill |
| JOSEPH GEORGE TKAC, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

Pursuant to Fed. R. Crim. P. 35(a), the parties jointly request that the Court correct a clear error in the judgment issued in this case on February 27, 2014.  Specifically, it is hereby stipulated by and between the parties hereto, and through their respective attorneys of record, that the correct amount of restitution is $736,965.40, and it should be ordered joint and several with Randy Lee Wilkins, Case No. 1:12-cr-00039 LJO.

/ / /

/ / /

/ / /

/ / /

|   |   |   |
|---|---|---|
|   |   | Respectfully submitted, |
|   |   |   |
|   |   | BENJAMIN B. WAGNER<br>United States Attorney |
| DATED: March 5, 2014 | By: | /s/ *Kirk E. Sherriff*<br>KIRK E. SHERRIFF<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|   |   |   |
|   |   | HEATHER E. WILLIAMS<br>Federal Defender |
| DATED: March 5, 2014 | By: | /s/ *Peggy Sasso*<br>PEGGY SASSO<br>Assistant Federal Defender<br>Attorney for Defendant<br>JOSEPH GEORGE TKAC |

**O R D E R**

IT IS SO ORDERED.

  Dated:  **March 6, 2014**           /s/ Lawrence J. O'Neill
                                      UNITED STATES DISTRICT JUDGE